1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                 EASTERN DISTRICT OF CALIFORNIA

8

9  ABRAHAM FLORES,                )    No. CV-F-05-823 OWW
                                  )    (No. CR-F-03-5006 OWW)
10                                )
                                  )    MEMORANDUM DECISION AND
11              Petitioner,       )    ORDER DENYING PETITIONER'S
                                  )    MOTION TO VACATE, SET ASIDE
12         vs.                    )    OR CORRECT SENTENCE PURSUANT
                                  )    TO 28 U.S.C. § 2255 AND
13                                )    DIRECTING CLERK OF COURT TO
   UNITED STATES OF AMERICA,      )    ENTER JUDGMENT FOR
14                                )    RESPONDENT
                                  )
15              Respondent.       )
                                  )
16 _____)

17

18      On June 22, 2005, Petitioner Abraham Flores timely filed a

19 motion to vacate, set aside or correct sentence pursuant to 28

20 U.S.C. § 2255.

21      Petitioner pleaded guilty pursuant to a written Plea

22 Agreement to use of a communication facility in connection with a

23 drug offense in violation of 21 U.S.C. § 843(b).  Petitioner was

24 sentenced on June 25, 2004 to 48 months incarceration.

25      Petitioner's Section 2255 motion asserts that his sentence

26 is unconstitutional based on *United States v. Booker*, 543 U.S.

                              1

1   220 (2005).

2      Petitioner's motion is DENIED.  *Booker* is not retroactive to

3   cases on collateral review.  *United States v. Cruz*, 423 F.3d 1119

4   (9th Cir.2005), *cert. denied*, 546 U.S. 1155 (2006).

5      For the reasons stated:

6      1.  Petitioner Abraham Flores' motion to vacate, set aside

7   or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED.

8      2.  The Clerk of the Court is directed to enter JUDGMENT FOR

9   RESPONDENT.

10      IT IS SO ORDERED.

11  Dated:  __August 1, 2008__          _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2